McGREGOR W. SCOTT
United States Attorney
CAMIL A. SKIPPER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2709

FILED

OCT - 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PANG YEAN, ) <br> ) <br> Defendant. ) | Case No. 08-MJ-341 GGH <br><br> **ORDER UNSEALING COMPLAINT** |

IT IS HEREBY ORDERED that:

The complaint filed in the above-captioned matter be UNSEALED.

DATED: 10/9/08

_____
HON. KIMBERLY J. MUELLER
United States Magistrate Judge

1