FILED
October 14, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)   Case No. 2:08-mj-341 GGH
            Plaintiff, )
v. )   ORDER FOR RELEASE
)   OF PERSON IN CUSTODY
Pang Yean, )
)
            Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Pang Yean_ Case _2:08-mj-341 GGH_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___    Release on Personal Recognizance

    ___    Bail Posted in the Sum of _____

    _X_    Unsecured bond in the amount of $25,000, co-signed by 10/15/08.

    ___    Appearance Bond with 10% Deposit

    ___    Appearance Bond secured by Real Property

    ___    Corporate Surety Bail Bond

    _X_    (Other) Probation conditions/supervision;

Issued at _Sacramento, CA_ on _10/14/08_ at _4:05 p.m._

By _____
Kimberly J. Mueller,
United States Magistrate Judge